IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN WIGGINS,

    Plaintiff,

v.                                 CASE NO. 4:04-cv-00016-MP-AK

PAUL BURG,
LARRY CAMPBELL,
MEDICAL STAFF,
WILLIAM PRIMAS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 28, Report and Recommendations, in which the Magistrate Judge recommends that Doc. 24, a Motion to Dismiss later construed as a Motion for Summary Judgment because evidentiary materials were attached, be granted for failure to exhaust administrative remedies. Objections to Report and Recommendation were due by August 9, 2005, but plaintiff did not file any. Instead, he moved (doc. 31) to amend his complaint, but did not specify the amendments he would offer.

Plaintiff alleges that he fell down some stairs and injured his back. He further claims that although he received some medical treatment from the prison medical staff, it was not sufficient and constituted deliberate indifference to his serious medical needs. It is clear from the materials provided by plaintiff and defendant, however, that plaintiff has failed to exhaust administrative remedies. Although Plaintiff has provided the Court with a number of grievances and medical request forms, all of them were filed after the complaint was filed and nearly one year after Plaintiff allegedly fell down the stairs and was denied treatment. Plaintiff therefore did not avail

*Page 2 of 2*

himself of the prison grievance procedure in a timely manner.  Dismissal is mandated in such circumstances, and amendment of the complaint would not be likely to remedy the situation.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The motion to amend complaint (doc. 31) is denied.

2. The Report and Recommendation of the Magistrate Judge (doc. 28) is adopted and incorporated herein.

3. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *7th*   day of September, 2005

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge